## Marjorie E. Sheffield, Appellee, v. City of Chicago et al., Defendants.
## Appeal of City of Chicago, Appellant.

Gen. No. 43,599.

opinion filed March 11, 1946; rehearing denied March 25, 1946; released for publication March 25, 1946. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Head of Appeals and Review Division, Adam E. Patterson and Herman Smith, Assistant Corporation Counsel, of counsel; Royal W. Irwin, for appellee; Clarence M. Dunagan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.